IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANN COYLE, | : | CIVIL NO. 3:14-CV-1427 |
| | : | |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| SALLY BARRY, DAVID ARNOLD | : | |
| PA STATE ATTORNEY GENERAL | : | |
| | : | |
| Respondents: | | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 13th day of August 2014, in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is summarily DISMISSED for lack of jurisdiction. See 28 U.S.C. § 2254(a)

2. The Clerk of Court shall NOTIFY petitioner.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

4. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court